# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Timothy Allen Taylor, Jr.**

        **Petitioner**            **CASE NUMBER: 10-13757**
                                     **HONORABLE VICTORIA A. ROBERTS**

**v.**                                     **MAG. JUDGE PAUL KOMIVES**

**Raymond Booker,**

        **Respondent.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 26, 2012, Magistrate Judge Komives issued a Report and Recommendation [Doc.12], recommending that the Court deny Petitioner's Application for Writ of Habeas Corpus and deny issuing a Certificate of Appealability. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation. Petitioner's Application for Writ of Habeas Corpus is **DENIED** and the Court **DENIES** the Petitioner a Certificate of Appealability.

    **IT IS ORDERED**.

                                                  /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: September 10, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Timothy Allen Taylor Jr. by electronic means or U.S. Mail on September 10, 2012.

S/Linda Vertriest
Deputy Clerk